9:30 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

FRIDAY, NOVEMBER 6, 2015

Coram: FUENTES, JORDAN and VANASKIE, Circuit Judges

No. 14-4628

UNITED STATES OF AMERICA
v.
THOMAS DAVID STEINER,
Appellant

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| RENEE PIETROPAOLO | JANE M. DATTILO |
| (15 minutes per Court) | (15 minutes per Court) |

_____

Nos. 14-4606/14-4609

AURELIO RAY CAGNO
v.
ADMINISTRATOR NEW
JERSEY STATE PRISON;
ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY,
Appellants in 14-4606

____

AURELIO RAY CAGNO,
Appellant in 14-4609
v.
ADMINISTRATOR NEW
JERSEY STATE PRISON;
ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

continued . . .

PAGE TWO – CONTINUED　　　　　　　　　　FRIDAY, NOVEMBER 6, 2015

Coram: FUENTES, JORDAN and VANASKIE, Circuit Judges

Nos. 14-4606/14-4609 (continued)

| Counsel for Appellants/Cross-Appellees | Counsel for Appellee/Cross-Appellant |
|---|---|
| STEVEN A. YOMTOV | JAMES K. SMITH Jr. |
| (15 minutes per Court) | (15 minutes per Court) |

_____

## No. 15-1562

UNITED STATES OF AMERICA
v.
ROGER HENDERSON,
　　　　　Appellant

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| RENEE PIETROPAOLO | LAURA S. IRWIN |
| (15 minutes per Court) | (15 minutes per Court) |

_____

## No. 15-1755

NIKKI BRUNI;
JULIE CONSENTINO;
CYNTHIA RINALDI;
KATHLEEN LASLOW;
PATRICK MALLEY,
　　　　　Appellants
v.
CITY OF PITTSBURGH;
PITTSBURGH CITY COUNCIL;
MAYOR PITTSBURGH

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| MATTHEW S. BOWMAN | MATTHEW S. McHALE |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE THREE – CONTINUED        FRIDAY, NOVEMBER 6, 2015

Coram: FUENTES, JORDAN and VANASKIE, Circuit Judges

S U B M I T T E D

No. 14-3526
Pursuant to 3rd Cir. LAR 34.1(a)

KBZ COMMUNICATIONS INC,
                    Appellant
v.
CBE TECHNOLOGIES LLC;
JOHN MANN; BRENDA BARROWCLOUGH;
THOMAS A. WALDMAN; DIANE STEMM;
DAVID REMBUS; GEORGE MELLOR; et al.
_____

No. 14-4565
Pursuant to 3rd Cir. LAR 34.1(a)

SHARELLE BRIDGES;
ANTHONY BRIDGES,
on behalf of their son,
D.B., a minor, and
individually on their
own behalf,
                    Appellants
v.
SCRANTON SCHOOL DISTRICT
_____

No. 14-4595
Pursuant to 3rd Cir. LAR 34.1(a)

QVC, INC,
                    Appellant
v.
OURHOUSEWORKS, LLC;
ENVIROX, LLC;
JOHN DOES 1-10

PAGE FOUR – CONTINUED                        FRIDAY, NOVEMBER 6, 2015

Coram: FUENTES, JORDAN and VANASKIE, Circuit Judges

S U B M I T T E D

No. 14-4827
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA,
                    Appellant
v.
MARQUIS A. LOPEZ
_____

No. 15-1919
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ARNELL A. MONROE,
a/k/a Jigga, a/k/a Andre Duckett

Arnell A. Monroe,
                    Appellant